IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD J. BARRETT                                                Plaintiff

v.                          4:04CV01212 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                         Defendant

ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 19th day of January 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE